GEORGE STORRS et al., Respondents, *v.* NORTHERN PACIFIC RAILWAY COMPANY, Appellant.

*Storrs* v. *Northern Pacific Railway Co.*, 148 App. Div. 403, affirmed. (Argued May 12, 1913; decided June 3, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 15, 1912, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a verdict in an action by plaintiffs, as heirs at law of John A. Storrs, deceased, to recover for his death alleged to have occurred through the negligence of defendant while in its employ in the state of Montana.

*Lewis E. Carr* for appellant.

*Frank E. Smith, Thomas F. Conway* and *Thomas B. Cotter* for respondents.

Judgment affirmed, with costs, on opinion of WILLIAMS, J., below.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.